# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**SERGIO MATA AGUILAR**,

   Plaintiff,

vs.                                                              No. 13cv0300 JCH/LAM

**ELIAS S. GASTELO, JR.; PATTI JMK REYNOLDS;
BILL PFLUGRATH; GUADALUPE R. GONZALES;
JANET NAPOLITANO; USCIS; DONNA CARR, CHIEF
CLERK FOR BIA AND/OR BOARD OF IMMIGRATION
APPEALS MEMBERS**,

   Defendants.

## FINAL ORDER

Pursuant to FED. R. CIV. P. 58(a), the Court now issues its separate document finally disposing of this case.

**IT IS ORDERED** that Sergio Mata Aguilar's cause of action is DISMISSED without prejudice for lack of subject-matter jurisdiction.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE